■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE MARCIANTE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention, raised for the first time on appeal, that the prosecutor violated the terms of the plea bargain by making a sentencing recommendation, has not been preserved for our review because defendant did not object to the prosecutor's remarks at the sentencing (see, CPL 470.05 [2]; People v Stripling, 136 AD2d 772, 773). We decline to exercise our discretion to review this issue in the interest of justice (see, CPL 470.15 [6]). Finally, the sentence imposed was not harsh and excessive. (Appeal from judgment of Jefferson County Court, Clary, J.—attempted assault, first degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN VERAS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention that the comment of the prosecutor on summation deprived him of a fair trial was not preserved for review and we find no reason to exercise our discretion to reach the issue in the interest of justice. The sentence imposed was not harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—robbery, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.